E-FILED
Sunday, 29 August, 2021  07:28:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

RAHUL MALHOTRA,                                            Case: 2:21-cv-02220-CSB-EIL

        Plaintiff,

v.

UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN et al

        Defendants.


## CERTIFICATE OF INTEREST PURSUANT LOCAL RULE 11.3

Pursuant to Local Rule 11.3 of the United States District Court in the Central District of Illinois, Plaintiff, Rahul Malhotra, by and through his attorney of record, submits this Certificate of Interest.

1.) Plaintiff is an individual not an entity. Plaintiff is unaware of any publicly traded shares or debt that Defendant holds that could potentially affected by the outcome.

2.) Plaintiff is unaware of any additional such corporation likely to actively participate in this lawsuit.

## CERTIFICATION

I, Keith Altman, certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated August 29, 2021                    Respectfully submitted,

/s/ Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
516-456-5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2021, I served the foregoing document on all Defendants of record *via* electronic filing:

/s/ *Keith Altman*
Keith Altman
A*ttorney for Plaintiff Rahul Malhotra*