## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Central District of Illinois

Case Number: 21-CV-02220

Plaintiff:
**RAHUL MALHOTRA**
vs.
Defendant:
**UNIVERSITY OF ILLINOIS at URBANA-CHAMPAIGN, et al.**

For: ALTMAN LAW OFFICES

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on RONY DIE, ASSISTANT DEAN OF STUDENTS, 610 E. JOHN ST., 300 TURNER STUDENT SERVICES BLDG, CHAMPAIGN, IL 61820. I, **Tory J Owens**, being duly sworn, depose and say that on the **11** day of **October**, 20**21** at **4:30 p**m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

(X) SUBSTITUTE SERVICE: BY SERVING **Michelle Macaraes** AS **Clerk on duty who is authorized to accept service**

( ) POSTED SERVICE: _____.

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

COMMENTS: _____

Age **30** Sex M (F) Race **Caucasian** Height **5'06"** Weight **140** Hair **Brown** Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the **12** day of **October**, 20**21** by the affiant who is personally known to me.

**Amanda Yarcho**
NOTARY PUBLIC

"OFFICIAL SEAL"
AMANDA YARCHO
Notary Public, State of Illinois
My Commission Expires 9/17/2022

PROCESS SERVER # **129-412948**
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2021008720
Ref: MALHOTRA/UNIV OF ILLINOIS

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

E-FILED
Tuesday, 05 October, 2021  03:14:56 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Rahul Malhotra<br><br>*Plaintiff(s)*<br>v.<br>University of Illinois At Urbana-Champaign, through the Board of Trustees (in their official capacity); Rony Die (in his official and indvidual capacity); Does 1-30 (in their official and individual capacity)<br>*Defendant(s)* | Civil Action No. 21-cv-02220-CSB-EIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rony Die
Assistant Dean of Students
Associate Director
Office for Student Conflict Resolution
300 Turner Student Services Building
610 East John Street, M/C 306
Champaign, Illinois 61820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Office of Keith Altman
Keith Altman, Esq. (SBN 257309)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/05/2021

*Signature of Clerk or Deputy Clerk*