AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Friday, 29 October, 2021  12:53:02 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| Rahul Malhotra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CV-02220-CSB-EIL |
| University of Illinois At Urbana-Champaign, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Board of Trustees of the University of Illinois and Rony Die, Defendants.

Date: 10/29/2021

/s/ Peter G. Land
*Attorney's signature*

Peter G. Land #6229659
*Printed name and bar number*

Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

*Address*

peter.land@huschblackwell.com
*E-mail address*

(312) 655-1500
*Telephone number*

(312) 655-1501
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Rahul Malhotra | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-CV-02220-CSB-EIL |
| University of Illinois At Urbana-Champaign, et al., | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  10/29/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 Keith Altman, Esq.,  The Law Office of Keith Altman via the court's cm/ecf system ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Peter G. Land
*Attorney's signature*

Peter G. Land #6229659
*Printed name and bar number*

Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

*Address*

peter.land@huschblackwell.com
*E-mail address*

(312) 655-1500
*Telephone number*

(312) 655-1501
*Fax number*