AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| Rahul Malhotra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CV-02220-CSB-EIL |
| University of Illinois At Urbana-Champaign, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Board of Trustees of the University of Illinois and Rony Die, Defendants                .

Date:    10/29/2021                                    /s/ Gwendolyn B. Morales
                                                        *Attorney's signature*

                                              Gwendolyn B. Morales #6297233
                                                 *Printed name and bar number*
                                                      Husch Blackwell LLP
                                              120 S. Riverside Plaza, Suite 2200
                                                       Chicago, IL 60606

                                                            *Address*

                                          gwendolyn.morales@huschblackwell.com
                                                        *E-mail address*

                                                       (312) 655-1500
                                                     *Telephone number*

                                                       (312) 655-1501
                                                        *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Rahul Malhotra | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CV-02220-CSB-EIL |
| University of Illinois At Urbana-Champaign, et al., | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  10/29/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 Keith Altman, Esq.,  The Law Office of Keith Altman via the court's cm/ecf system ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Gwendolyn B. Morales
*Attorney's signature*

Gwendolyn B. Morales #6297233
*Printed name and bar number*

Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

*Address*

gwendolyn.morales@huschblackwell.com
*E-mail address*

(312) 655-1500
*Telephone number*

(312) 655-1501
*Fax number*