UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA,            )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>    v.                               )<br>                                              )<br>UNIVERSITY OF ILLINOIS     )<br>URBANA-CHAMPAIGN, through the )<br>Board of Trustees (in their official capacity); )<br>RONY DIE (in his official and individual )<br>Capacity); and DOES 1-30 (in their official )<br>and individual capacity),           )<br>                                              )<br>         Defendants.           ) | **Case No: 21-CV-2220**<br><br>**Magistrate Eric I. Long** |

**DEFENDANTS UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES AND
RONY DIE'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, the Board of Trustees of the University of Illinois (the "University") and Rony Die (collectively, "Defendants"), by and through their attorneys, respectfully request an extension of time to file their response to Plaintiff Rahul Malhotra's ("Plaintiff") Complaint. In support of this unopposed Motion, Defendants state as follows:

1. Plaintiff filed his Complaint in this action on August 17, 2021. Dkt. 1.

2. Defendants were served on October 11, 2021, and their current deadline to respond to the Complaint is November 1, 2021. Dkt. 5, 6.

3. Counsel for Defendants are in the process of reviewing the factual allegations and analyzing the legal claims asserted in the Complaint but due to the fact that they were recently retained, they require additional time to prepare Defendants' responsive pleading.

HB: 4892-8622-9761.1

4. Accordingly, Defendants respectfully request an additional 30 days from November 1, 2021, to and through December 1, 2021, to file their response to the Complaint.

5. Pursuant to Local Rule 6.1, prior to filing this Motion, counsel for Defendants consulted with counsel for Plaintiff regarding this request. Plaintiff's counsel advised Defendants' counsel that he does not oppose Defendants' request for an extension.

6. This is Defendants' first motion for an extension of the deadline to respond to Plaintiff's Complaint. Granting Defendants' Unopposed Motion will not prejudice Plaintiff or any other party or cause any undue delay

WHEREFORE, and for the reasons stated above, Defendants respectfully request that the Court enter an order granting them an extension of time up to and including December 1, 2021 to file their responsive pleading to Plaintiff's Complaint.

Dated: October 29, 2021

        Respectfully submitted,

        Defendants Board of Trustees of the University of Illinois and Rony Die,

        By:   /s/ Peter G. Land
                One of their Attorneys

Peter G. Land (Lead Counsel) #6229659
Gwendolyn B. Morales #6297233
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500
Peter.Land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

HB: 4892-8622-9761.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of October 2021, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all the following:

>The Law Office of Keith Altman
>Keith Altman
>33228 West 12 Mile Road, Suite 375
>Farmington Hills, MI 48334
>T: (516) 456-5885
>keithaltman@kaltmanlaw.com

/s/ Peter G. Land