# EXHIBIT A

<u>**EXHIBIT A**</u>

# COVID-19 RELATED
# EMERGENCY ORDER 20-27
# SUBJECT: MAXIMUM CAPACITY AND
# SOCIAL DISTANCING AT PARTIES
# AND OTHER GATHERINGS

**EFFECTIVE DATE:** <u>August 19, 2020</u>   **EFFECTIVE TIME:** <u>5:00 pm</u>

Whereas the State Department of Public Health has adopted and enacted certain rules concerning gatherings and face coverings, contained in Title 77, Part 690, Section 690.10 *et. seq.;* and

Whereas the Champaign-Urbana Health District has adopted the same requirements that are contained in Title 77, Part 690, Section 690.10 *et seq,* with certain limited exceptions; and

Whereas the University of Illinois is about to resume classes for the fall semester, resulting in a large number of students returning to the City, a large percentage of whom reside primarily in multifamily residential buildings and in the immediate vicinity of the University's core academic facilities; and

Whereas, the City of Champaign is acutely concerned with limiting and preventing the spread of the novel coronavirus, also known as COVID-19, within the City of Champaign; and

Whereas, the City of Champaign previously enacted Section 22-820 through 22-823 of the Champaign Municipal Code, codifying the prohibition against nuisance parties and gatherings in the City of Champaign, nuisance parties being events where multiple attendees are found to be in violation of City ordinance and/or State law; and

Whereas, the City of Champaign previously enacted Section 23-43 of the Champaign Municipal Code, entitled "Reckless Conduct"; and

Whereas, the City of Champaign previously enacted Section 16-2 of the Champaign Municipal Code, entitled "Endangering the Public Health."

Now therefore, the Mayor, pursuant to Council Bill 2020-022 and Section 12-39 of the Champaign Municipal Code, hereby orders as follows:

<u>**Section 1: Definitions**</u>

For the purposes of this Order, the below terms have the following meanings:

(1)     "Campus Area" means an area bounded by Wright Street on the East, the Canadian National Railroad right of way on the West, University Avenue on the North and Windsor Road on the South, as depicted in Exhibit 1 attached hereto.

(2)     "Enforcement officer or official" shall mean and include any member of the police and law enforcement departments of Champaign, Urbana, Champaign County, State of Illinois, or University of Illinois, or employees or designees of a governmental jurisdiction as designated and delegated by the City of Champaign.

(3)     "Face covering" shall mean a mask or cloth face covering that fully covers the nose and mouth of the wearer.

(4)     "Host" shall mean the owner, occupant, tenant, or other person who, directly or indirectly, individually or jointly with others, has legal possession of or a possessory control over the premises where a party or gathering occurs.

(5)     "Multifamily Residential Structure" is a building with 3 or more residential units.

## Section 2: Parties and Other Gatherings

(1)    **Nuisance Parties.** A party or gathering on private property in the City shall be deemed a "nuisance party" pursuant to Section 22-820 of the Champaign Municipal Code, 1985 and this Order if during said event there are violations of the social distancing requirements, including face coverings, described in this Order on the site of said party or gathering, or on public or private property adjacent to the site of the gathering or party.

(2)    **Social Distancing Requirements.**

    (I)    Private property covered by this order includes:

        (a)    **Campus Area.** Any residential setting or unit in the Campus Area, or the common areas or parking lots related to such residential setting or unit in the Campus Area, such as group housing and apartments; and

        (b)    **Multifamily Residential Structures.** Any residential settings or units in a Multifamily Residential Structure anywhere in the City or the common areas or parking lots related to such residential settings or units

    (II)    The following social distancing requirements apply to parties or gatherings on private property:

        (a)    **Face Coverings.** Face covering requirements shall be as set forth in Emergency Order 20-26. This includes the requirement that individuals over the age of two who are medically able to tolerate a face covering shall wear a face covering when in a public place and unable to maintain a six-foot social distance from others.

        (b)    **Maximum Occupancies**. The maximum occupancy in the residential settings and units described in Section (2)(I) shall be 10 persons, excluding the Host and the Host's immediate family or other immediate household members, as long as those immediate family or immediate household members are present at the party or gathering and are legally entitled to possession or residence on the premises. Proof must be provided of such legal residence. Proof may include valid leases shown for all persons present at the party or gathering, and/or substantive evidence that immediate family or immediate household members present at the party or gathering reside at that residence.

        (c)    **Occupancy Count.** The Host must maintain a current and accurate occupancy count, and immediately provide such count upon the request of any enforcement officer or official.

        (d)    **State Requirements.** The party or gathering must comply with any other guidance related to social distancing and/or the gathering of persons that is issued by the State of Illinois or its agencies and/or the Champaign-Urbana Public Health District, not in conflict with this Order.

(3)    **Host Duty and Liability.** The Host has a duty to control their premises, enforce and maintain the social distancing requirements, including face coverings, contained in this Order, and to prevent a party or gathering from being or becoming a nuisance party. A Host shall be deemed in violation of Section 22-821 of the Code and this Order for being the Host of a nuisance party under the following circumstances:

        (a)    The person who is an owner, occupant, tenant, or other person who, individually or jointly with others, has legal possession of or possessory control over the premises where the nuisance party has occurred; and

(b)     The person, individually or jointly with others, and whether directly or indirectly, organizes, sponsors, conducts, hosts, invites, or otherwise allows or permits the gathering or party that has become the nuisance party; and

(c)     The person knowingly, recklessly, or negligently allows the social gathering or party to be or become a nuisance party.

Additionally, any failure of a Host to control the premises, enforce and maintain social distancing requirements at a party or gathering, including face coverings, and otherwise comply with this Order shall also be a violation of this Order.

(4)     **Individual Attendees.** Attendance or presence at a party or gathering that is or becomes a nuisance party shall be a violation of this Order. Individual failure to comply with the social distancing requirements contained in this Order, including related to face coverings, shall be a violation of this Order. Eating or drinking at a party or gathering that is or becomes a nuisance party shall not be a defense to the failure to wear a face covering over the nose and mouth as required by this Order and Emergency Order 20-26.

(5)     **Order to Cease.** A party or gathering that is or becomes a nuisance party shall immediately cease upon the order of any enforcement officer or official; and all persons not residing therein at the site of such party or gathering shall leave the premises immediately. Any person who fails or refuses to abide by such an order to depart the premises shall be guilty of a violation of Section 22-822 of the Code and this Order.

(6)     **Gatherings on Public Property.** This Order shall also be deemed to apply to parties or gatherings that occur on public property unless otherwise provided for by other emergency or executive orders or the law.

### Section 3: Administration.

(1)     **Penalty.** A violation of this Order shall be subject to the penalty provisions contained in Section 1-21 of the Code providing for a fine of up to $750 per violation per day. Each violation of this Order may be punished as a separate offense.

(2)     **Municipal Code; Public Endangerment and Reckless Conduct.** A violation of this Order shall be deemed, constitute, and be punishable as both an endangerment to the public health under Section 16-2 of the Code, entitled "Endangering the Public Health," and as an endangerment to the bodily safety of individuals under section 23-43 of the Code, entitled "Reckless Conduct."

(3)     **License and Permit Holders.** License or permit holders within the City of Champaign who are deemed to be in violation of this Order may have additional measures or penalties imposed as permitted pursuant to the Champaign Municipal Code, including but not limited to additional fines, suspension, nonrenewal, or revocation of that license or permit.

(4)     **Rebuttable Presumption.** There shall be a rebuttable presumption of a violation of this Order and/or the social distancing requirements, including face coverings, described in this Order if such violation is observed at any time. This includes but is not limited to, in-the-moment observation or through viewing of photographs and/or videos depicting said violations.

(5)     **Exemptions.** Businesses, day cares, religious houses of worship, residential drug and alcohol treatment facilities, residential medical facilities, elder care homes, homes for disabled individuals, and residential prison reentry facilities that are in compliance with regulations and guidance issued by the State of Illinois, its agencies, and any local rules or orders applicable to their operations shall not be deemed in violation of this Order.

(6)     **Other Orders.** Where another Emergency Order is more restrictive than this Order, the order imposing more restrictive requirements shall apply.

(7)     **Severability.** The provisions of this Order are declared to be severable.

(8)     **Duration.** The duration of this Order shall be until 11:59 p.m. on November 1, 2020.

RECOMMENDED BY:

_____
CITY MANAGER

Date:_____8/19/2020_____

_____
MAYOR

Date:_8/19/2020_____

APPROVED AS TO FORM:

_____
CITY ATTORNEY

Date:_8/19/2020_____

cc: City Manager          Others:
    City Council          _____          _____
    News Media          _____          _____
    City Clerk          _____          _____
    City Attorney

Attachments: Exhibit 1, Map of "Campus Area"

DocuSign Envelope ID: A591AC2B-BB23-47B6-B199-4C746A241D75

# Emergency Order 2020-27



DISCLAIMER:
This map was prepared by the City of Champaign IT Department using the
City of Champaign Geographic Information System (GIS). All information
is believed accurate but is NOT guaranteed to be without error. This map
and its underlying data are intended to be used as a general index to land
related information, and are not intended for detailed, site-specific analysis.

Data Sources: City of Champaign GIS, Champaign County GIS Consortium

Created 8/19/2020



Emergency Order Area



# COVID-19 RELATED
# EMERGENCY ORDER 20-27
# AMENDMENT 1
# SUBJECT: MAXIMUM CAPACITY AND SOCIAL DISTANCING
# AT PARTIES AND OTHER SOCIAL GATHERINGS

## EFFECTIVE DATE: October 30, 2020          EFFECTIVE TIME: 5:00 P.M.

The Mayor, upon recommendation of the City Manager and pursuant to Council Bill 2020-022 and Section 12-39 of the Champaign Municipal Code hereby orders as follows:

That Emergency Order 20-27 is hereby amended as follows:

(1) That Section 3(8) entitled "DURATION" is hereby amended to read as follows:

**DURATION:** This Emergency Order 2020-27 and any amendments thereto shall continue in effect from its effective date until the termination of Council Bill 2020-022, or until amended or terminated by the Mayor or City Council, whichever occurs first.

(2) All other parts of Emergency Order 20-27 not changed by this amendment shall remain in full force and effect.

RECOMMENDED BY:

_____
CITY MANAGER
Date: _____ 10/30/2020

_____
MAYOR
Date: _____ 10/30/2020

APPROVED AS TO FORM

_____
CITY ATTORNEY

Date:_____ 10/30/2020

cc:    City Council
       City Manager
       News Media
       City Clerk
       City Attorney

# COVID-19 RELATED
# EMERGENCY ORDER 20-27
# SUBJECT: MAXIMUM CAPACITY AND
# SOCIAL DISTANCING AT PARTIES
# AND OTHER GATHERINGS

# AMENDMENT 2

**EFFECTIVE DATE: __May 11, 2021__   EFFECTIVE TIME: ___5:00 pm___**

The Mayor, upon recommendation of the City Manager and pursuant to Council Bill 2020-022 and Section 12-39 of the Champaign Municipal Code hereby orders as follows:

That Emergency Order 20-27 is hereby amended as follows:

(1) That Section 3 (8) entitled "DURATION" is hereby amended to read as follows:

DURATION: This Emergency Order 2020-27 and any amendments thereto shall continue in effect from its effective date until 12:00 p.m. on Friday May 14, 2021 unless earlier terminated by the Mayor or City Council.

RECOMMENDED BY:

CITY MANAGER

Date:___5/11/2021___

MAYOR

Date:___5/11/2021___

APPROVED AS TO FORM:

CITY ATTORNEY

Date:___5/11/2021___

cc: City Manager
    City Council
    News Media
    City Clerk
    City Attorney

Others:
_____    _____
_____    _____
_____    _____