UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA.<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF ILLINOIS, URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity), RONY DIE (in his official and individual capacity), and DOES 1-30 (in their official and individual capacity)<br><br>*Defendants.* | Case No: 21-CV-2220<br><br>Hon. James E. Shadid<br>Magistrate Jonathan E. Hawley<br><br>**MOTION FOR EXTENSION OF PLAINTIFF RESPONSE TO MOTION TO DISMISS** |

**NOW COMES** Plaintiffs' counsel Keith Altman requesting that:

a) The deadline for Plaintiffs' response to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rules 12(b)(1) And 12(b)(6) ("Defendants' Motion to Dismiss"), be moved from the current deadline of December 15, 2021, to January 5, 2022; and,

b) Defendants' Reply deadline be moved to January 26, 2022.

The reason for this request is that the approaching holidays modify the availability of my staff. Thus, I respectfully ask this Court to extend the Plaintiffs' deadline for this response to January 5, 2022, and to extend the deadline for Defendants' Reply to January 26, 2022.

Prior to making this request, defense counsels Peter G. Land and Gwendolyn B. Morales were contacted. They graciously agreed to this extension.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties, and upon good cause showing, we move that Plaintiffs' response to Defendants' Motion to Dismiss be moved to January 5, 2022, and for Defendants' Reply to be due on January 26, 2022.

Dated: December 9, 2021

Respectfully Submitted,

/s/Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com