UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF ILLINOIS AT ) <br> URBANA-CHAMPAIGN, through the ) <br> Board of Trustees (in their official capacity); ) <br> RONY DIE (in his personal capacity); ) <br> DOES 1-30 (in their personal capacity): ) <br> ) <br> Defendants. ) | Case No: 21-CV-2220 <br><br> Hon. Joe Billy McDade <br> Magistrate Jonathan E. Hawley |

## DEFENDANTS UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES AND RONY DIE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, the Board of Trustees of the University of Illinois ("UIUC") and Rony Die (collectively, "Defendants"), by and through their attorneys, respectfully request an extension of time to file their response to Plaintiff Rahul Malhotra's ("Plaintiff") Amended Complaint. In support of this unopposed Motion, Defendants state as follows:

1. Plaintiff filed his initial Complaint in this action on August 17, 2021. Dkt. 1. Defendants were served with the Complaint on October 11, 2021. Dkt. 5, 6.

2. On December 1, 2021, Defendants filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Rules 12(b)(1) and 12(b)(6) and supporting memorandum. Dkt. 12, 13.

HB: 4893-2581-4026.1

3. In response to Defendants' motion to dismiss, on January 5, 2022, Plaintiff filed an Amended Complaint. Dkt. 15. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants' response to the Amended Complaint is January 19, 2022. Fed. R. Civ. P. 15(a)(3).

4. Counsel for Defendants are working diligently to prepare their response to Plaintiff's Amended Complaint but require some additional time to complete this response.

5. Accordingly, Defendants respectfully request an additional nine (9) days from January 19, 2022, to and through January 28, 2022, to file their response to the Amended Complaint.

6. Pursuant to Local Rule 6.1, prior to filing this Motion, counsel for Defendants consulted with counsel for Plaintiff regarding this request. Plaintiff's counsel advised Defendants' counsel that he does not oppose Defendants' request for an extension.

7. This is Defendants' first motion for an extension of the deadline to respond to Plaintiff's Amended Complaint. Granting Defendants' Unopposed Motion will not prejudice Plaintiff or any other party or cause any undue delay.

WHEREFORE, and for the reasons stated above, Defendants respectfully request that the Court enter an order granting them an extension of time up to and including January 28, 2022 to file their responsive pleading to Plaintiff's Amended Complaint.

Dated: January 18, 2022

        Respectfully submitted,

        Defendants Board of Trustees of the University of Illinois and Rony Die,

        By:   /s/ Peter G. Land
             One of their Attorneys

HB: 4893-2581-4026.1

Peter G. Land (Lead Counsel) #6229659
Gwendolyn B. Morales #6297233
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500
Peter.Land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

HB: 4893-2581-4026.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 18th day of January 2022, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all the following:

> The Law Office of Keith Altman
> Keith Altman
> 33228 West 12 Mile Road, Suite 375
> Farmington Hills, MI 48334
> T: (516) 456-5885
> keithaltman@kaltmanlaw.com

/s/ Peter G. Land

HB: 4893-2581-4026.1