E-FILED
Friday, 28 January, 2022 05:12:01 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

**EXHIBIT C**



February 05, 2021

Rahul Malhotra
sent via email to rmalho3@illinois.edu

Dear Rahul Malhotra:

The Office for Student Conflict Resolution has received information in which it is alleged that on January 30, 2021, you were involved in an incident which may violate the Student Code at the University of Illinois at Urbana-Champaign. It is alleged that you hosted a party in violation of Chancellor's Order to avoid social gatherings and other nonessential activities and Champaign County's COVID-19 Emergency Order. Over 30 people were reported present at your residence, not wearing masks or social distancing. Two individuals were found unconscious at your residence due to alcohol intoxication. One of the unconscious individuals was confirmed to be under the age of twenty-one. Such conduct, if proven, would fall within the jurisdiction of the student discipline system and would constitute a violation of our community standards, specifically:

**Student Code/1-302.g,**
**Student Code/1-307.a.2,**
**Student Code/1-307.a.1,**
**Student Code/1-302.a.3,**
**COVID-19 (For Tracking and Informational Purposes Only)/Mask/Face Covering Noncompliance,**
**COVID-19 (For Tracking and Informational Purposes Only)/Social Distancing Noncompliance,**
**COVID-19 (For Tracking and Informational Purposes Only)/Hosting a Gathering in Violation of Emergency Orders,**
**COVID-19 (For Tracking and Informational Purposes Only)/Noncompliance with Chancellor's Order to Avoid Social Gatherings (& Other Nonessential Activities)**
For violations from Article 1 of the Student Code, please visit https://studentcode.illinois.edu/. For violations related to University Housing policies ("Hallmarks"), please see http://go.illinois.edu/HMAD.

I have been assigned as your case coordinator. **Please go to https://go.illinois.edu/ronydiecalendar as soon as you can to schedule a 30-minute Zoom appointment with me. If you have any trouble scheduling this appointment, please email me immediately. If you need to meet by phone rather than by Zoom, go ahead and schedule the appointment, then email me to let me know. This meeting should take place by 5 p.m. on February 12, 2021**, unless conflicts between my availability and your academic schedule require us to delay.

During this appointment, we will discuss this process and the allegations against you, and you will have an opportunity to provide your perspective on what may have happened. I will take notes on

our discussion and may have additional questions for you. You may bring someone with you to this appointment to advise you, but this advisor may not actively participate in our discussion. Failure to make and keep an appointment may result in a decision about the progression of this case and how it may be resolved being made in your absence without the benefit of your input and/or a disciplinary hold being placed on your university account. This is an important matter that requires your prompt attention.

This letter also serves as a reminder that the university prohibits retaliation against anyone who, in good faith, reports or discloses a violation of university policy, files a complaint, or otherwise participates in an investigation, proceeding, complaint, or hearing in the student discipline system. Retaliation may include but is not limited to harassment, intimidation, threats, coercion, or adverse employment action. Retaliation is a serious violation, and can result in dismissal from the university.

The Student Code also prohibits knowingly making false statements or submitting false information to university officials. Although you may choose not to speak about these allegations or not to answer questions, you must be honest throughout this process.

Prior to our meeting, you should review Articles II and III of the Student Disciplinary Procedures, which includes a list of your rights and a detailed description of the process we will follow in addressing this matter. This is available at http://conflictresolution.illinois.edu/policies/student-discipline/. Should you have questions after reading this appendix, you may contact me. You will also be provided an opportunity to ask questions during our meeting.

Sincerely,
Rony Die
Assistant Dean of Students

xc: Student File (00363-004-2021) -- Student ID: 653569553