E-FILED
Friday, 28 January, 2022  05:12:01 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT D



# STUDENT CODE

**2020-2021**
University of Illinois at Urbana-Champaign





# STUDENT CODE

## 2020-2021

University of Illinois at Urbana-Champaign



■

## PREFACE

The *Student Code* is a collection of rules, regulations, policies, and procedures that apply to, or otherwise directly impact, students at the University of Illinois at Urbana-Champaign. Although it is not an exhaustive list of such policies, it is the most expansive list available in a single document. It is divided into three articles:

Article 1 (Student Rights and Responsibilities)
Article 2 (General Policies and Regulations)
Article 3 (Academic Policies and Regulations)

Unless otherwise noted, the rules stated in this *Student Code* apply to all undergraduate, graduate, and professional students enrolled at the university. All students are expected to review this document, especially Article 1, prior to attending classes so that they may begin their work at Illinois with knowledge both of their rights as students and of their responsibilities as members of the academic community. A printed booklet containing only Article 1 is also available in the Office of the Dean of Students.

The most current version of the *Student Code* is always available online at studentcode.illinois. edu. The print version may not reflect the most recent changes.

# CONTENTS

## ARTICLE 1—STUDENT RIGHTS AND RESPONSIBILITIES

**PART 1. STUDENT RIGHTS**

| | | |
|---|---|---|
| 1-101 | Preamble | 1 |
| 1-102 | In the Classroom | 1 |
| 1-103 | Campus Expression | 2 |
| 1-104 | Privacy | 2 |
| 1-105 | Student Records | 3 |
| 1-106 | Student Affairs | 3 |
| 1-107 | Religious Beliefs, Observances, and Practices | 4 |
| 1-108 | Nondiscrimination Policy | 4 |
| 1-109 | Statement on Consenting Sexual Relationships | 4 |
| 1-110 | Policy for the Provision of Reasonable Accommodations for Students with Disabilities | 5 |
| 1-111 | Sexual Misconduct Policy | 5 |

**PART 2. GENERAL RESPONSIBILITIES OF STUDENTS**

| | | |
|---|---|---|
| 1-201 | Responsibilities of Students | 11 |

**PART 3. STUDENT DISCIPLINE**

| | | |
|---|---|---|
| 1-301 | Basis for Discipline—Source and Jurisdiction | 11 |
| 1-302 | Rules of Conduct | 13 |
| 1-303 | Falsification of Documents | 15 |
| 1-304 | Identification Cards | 16 |
| 1-305 | Policy on Drugs | 16 |
| 1-306 | Alcoholic Beverages—Preamble | 17 |
| 1-307 | Alcoholic Beverages—General Rules | 17 |
| 1-308 | Alcoholic Beverages—Special Rules Relating to University Property | 18 |
| 1-309 | Possession or Storage of Weapons | 19 |
| 1-310 | Unauthorized Use, Abuse, or Interference with Fire Protection Equipment, Building Security Systems, Security or Fire Personnel, or Warning Devices | 19 |
| 1-311 | Certain Consequences of Disciplinary Action | 20 |

**PART 4. ACADEMIC INTEGRITY POLICY AND PROCEDURE**

| | | |
|---|---|---|
| 1-401 | Policy Statement; Application; Definitions | 20 |
| 1-402 | Academic Integrity Infractions | 21 |
| 1-403 | Procedures | 22 |
| 1-404 | Sanctions | 26 |
| 1-405 | Reporting and Record Keeping | 27 |
| 1-406 | Continuing Jurisdiction of the Senate Committee on Student Discipline | 27 |

**PART 5. CLASS ATTENDANCE**

| | | |
|---|---|---|
| 1-501 | All Students | 27 |
| 1-502 | Student Athletes | 29 |

**PART 6. EDUCATIONAL TECHNOLOGIES**
1-601    All Students...................................................................................................30

ARTICLE 2—GENERAL POLICIES AND REGULATIONS

**PART 1. MEDICAL POLICIES**
2-101    Health Requirements ..................................................................................31
2-102    Mandatory Assessment ..............................................................................31
2-103    Student Health Insurance...........................................................................33
2-104    Policy for Individuals With Contagious Diseases ...........................................34
2-105    Policy and Procedures for Medical Withdrawal...............................................34
2-106    Policy and Procedures for Retroactive Medical Withdrawal............................37

**PART 2. HOUSING POLICIES**
2-201    Certified Single Student Housing ...............................................................39
2-202    Living Quarters of Students........................................................................40

**PART 3. REGISTERED ORGANIZATIONS AND ORGANIZATION FUND**
2-301    Classification of Organizations....................................................................40
2-302    Preamble ...................................................................................................41
2-303    Requirements for Registration for Registered Organizations and
            Registered Student Organizations ..............................................................42
2-304    Sanctions of Registered Organizations.........................................................43
2-305    University Credit Policies ...........................................................................44
2-306    Alcoholic Beverages Policies.......................................................................44
2-307    Organization Fund ....................................................................................45
2-308    Organization Fund—Purpose......................................................................45
2-309    Organization Fund—Status ........................................................................45
2-310    Organization Fund—Scope .........................................................................45
2-311    Organization Fund—Administration ............................................................46
2-312    Purposes for Which Organization Funds May Be Used...................................47
2-313    Procedures for Organization Fund Operations ..............................................47
2-314    Withdrawal of Organization Fund Privileges.................................................48
2-315    Dormant Accounts .....................................................................................48
2-316    Organization Fund—Advisory Board............................................................49
2-317    Functions of the Organization Fund Advisory Board......................................49
2-318    Annual Meetings .......................................................................................49

**PART 4. UNIVERSITY PROPERTY AND FACILITIES—IN GENERAL**
2-401    Pets and Animals on University Property .....................................................50
2-402    Library Regulations ...................................................................................50
2-403    Smoke-Free Campus Policy ........................................................................52
2-404    Chalking Policy..........................................................................................53
2-405    Picketing ...................................................................................................53
2-406    Solicitation and Commercial Activity in University Residence Halls ...........53
2-407    Posting and Distribution of Handout Materials.............................................54

## PART 5. USE OF UNIVERSITY PREMISES AND FACILITIES

2-501   Preamble ................................................................................56
2-502   Eligibility ..............................................................................56
2-503   Reservation Procedures .........................................................56
2-504   The Priority System—Priorities for Use of Space ...........................57
2-505   Operation of the Priority System ...........................................58
2-506   Requirements and Limitations ...............................................59
2-507   Committee on the Use of Univ. Premises and Facilities ...................61
2-508   Special Provisions for Use of the Krannert Center for
        the Performing Arts...............................................................62
2-509   Special Provisions for Use of the State Farm Center .......................62
2-510   Special Provisions for Use of the Beckman Institute for
        Advanced Science and Technology ........................................64
2-511   Provisions for Use of the Allerton Park and Conference Center...................65

## PART 6. MOTOR VEHICLES AND BICYCLES

2-601   Operation of Motor Vehicles..................................................65
2-602   Automobiles..........................................................................66
2-603   Use of Motorcycles (Including Motor Scooters and Motor-Drive
        Bicycles) ..............................................................................67
2-604   Parking Citations ..................................................................67
2-605   Operation of Bicycles ...........................................................67
2-606   Use of In-Line Skates, Roller Skates, and Skateboards ...................67

## PART 7. CHANCELLOR'S EMERGENCY POWERS

2-701   Basis for Chancellor's Emergency Powers ........................................68

## PART 8. MISSING STUDENT NOTIFICATION POLICY

2-801   Confidential Contact Identification ..................................................68
2-802   Reporting a Suspected Missing Student .............................................68
2-803   Handling................................................................................68

## PART 9. INVOLUNTARY WITHDRAWAL

2-901   Policy and Procedures for Involuntary Withdrawal ........................................68

### ARTICLE 3—ACADEMIC POLICIES AND REGULATIONS

## PART I. GRADES AND GRADING SYSTEM

3-101   Academic Work Report Requirements.................................................73
3-102   Grading System—Grades Authorized for All Colleges...................73
3-103   Computation of Scholastic Averages.................................................73
3-104   Other Grade Symbols in Use ..............................................................74
3-105   Credit-No Credit Grading Options.....................................................76
3-106   Grade Corrections ..............................................................................77
3-107   Procedures for Review of Alleged Capricious Grading ...................77
3-108   Procedures for Review of Instructor's Ability to Communicate Clearly ......78
3-109   Academic Progress..............................................................................79
3-110   Probation and Drop Rules—Undergraduate Students.....................79

## PART 2. EXAMINATIONS

3-201    Final Examinations ........................................................................ 80
3-202    Evening, Midterm, and Hourly Examinations .................................. 81
3-203    Proficiency Examinations ............................................................... 82
3-204    Special Examinations ..................................................................... 83

## PART 3. REGISTRATION, COURSE CHANGES, AND WITHDRAWAL

3-301    Number of Hours Required ............................................................. 84
3-302    Classification of Undergraduate Students ...................................... 85
3-303    Registration ................................................................................... 85
3-304    Registration of Nondegree Students ............................................... 86
3-305    Registration of Auditors ................................................................ 87
3-306    Payments ....................................................................................... 87
3-307    Late Registration ........................................................................... 87
3-308    Cancellation of Registration ........................................................... 88
3-309    Repeated Undergraduate Courses and Campus Grade Replacement .......... 88
3-310    Self-Paced Online Courses .............................................................. 89
3-311    Adding and Dropping Courses ........................................................ 89
3-312    Withdrawal from the University—General Rules ............................. 90
3-313    Withdrawal from the University for Military or Other
         National Defense Services ............................................................. 91

## PART 4. UNDERGRADUATE ACADEMIC RECOGNITION

3-401    The Dean's List .............................................................................. 92
3-402    Campus Honors Program—Chancellor's Scholars ........................... 92
3-403    Edmund J. James Scholars .............................................................. 93
3-404    University Honors—Bronze Tablet .................................................. 93
3-405    Undergraduate College Honors ....................................................... 93

## PART 5. REGISTRATION CHARGES

3-501    Tuition Assessment ........................................................................ 93
3-502    Tuition Assessment—University Employees .................................... 94
3-503    Tuition Waivers .............................................................................. 95
3-504    Tuition—Waiver of Nonresident Portion ......................................... 97
3-505    Fee Assessments ............................................................................ 97
3-506    Fee Waivers and Exemptions .......................................................... 99
3-507    Payment Requirement .................................................................. 104
3-508    Refunds of Registration Charges ................................................... 104
3-509    Students in Debt to the University ................................................ 105

## PART 6. STUDENT RECORDS—GUIDELINES AND REGULATIONS GOVERNING ACCESS AND RELEASE

3-601    Authorization and Responsibility for Policy Implementation ......... 105
3-602    Definitions ................................................................................... 105
3-603    Access to Student's Personally Identifiable Education Records ....... 106
3-604    Regulations for Record Custodians ............................................... 108
3-605    Classification, Locations, and Custodians of Student Records ........ 109
3-606    Procedures for Student Access and Challenge ............................... 110
3-607    Chancellor's Hearing Panel .......................................................... 110
3-608    Disposal of Inactive Records ......................................................... 111

3-609   Release of Student Information and Academic Records by the
        Office of the Registrar ........................................................................................ 111

**PART 7. TRANSCRIPTS**
3-701   Availability .......................................................................................................... 112
3-702   Information Appearing on All Transcripts ....................................................... 112
3-703   Other Symbols Appearing on Transcripts ........................................................ 113
3-704   Description and Definition of Information Appearing on Transcripts........ 113

**PART 8. GRADUATION**
3-801   Credit Requirements for Degrees........................................................................ 114
3-802   Minimum Scholarship Requirements for the Bachelor's Degree................. 115

**PART 9. RESIDENCY STATUS REGULATIONS**
3-901   In General ............................................................................................................. 115
3-902   Regulations........................................................................................................... 116
3-903   Factors in Determining Residency .................................................................... 117
3-904   Procedures ............................................................................................................ 118

Definitions........................................................................................................................ 120
Acronyms .......................................................................................................................... 121

relevant evidence.
(6)  Include a presumption that the respondent is not responsible for the alleged conduct until a determination regarding responsibility is made at the conclusion of the grievance process;
(7)  Include reasonably prompt timeframes for conclusion of the grievance process;
(8)  Describe the range of possible disciplinary sanctions and remedies or list the possible disciplinary sanctions and remedies that the University may implement following any determination of responsibility;
(9)  Base all decisions on the preponderance of the evidence standard;
(10)  Include the procedures and permissible bases for the complainant and respondent to appeal.
(11)  Describe the range of supportive measures available to complainants and respondents; and
(12)  Not require, allow, rely upon, or otherwise use questions or evidence that constitutes or seeks disclosure of, information protected under a legally recognized privilege will be required, allowed, or relied on unless the person holding such privilege has waived the privilege.

(i)  Danielle Morrison serves as the University's lead Title IX Coordinator and can be contacted in person or by mail at 616 E. Green Street, Suite 214, Champaign, IL 61820; by phone at (844) 616-7978; or by email at titleixcoordinator@illinois.edu.

(j)  A person should contact the lead Title IX Coordinator's office to:
(1)  seek information or training about rights and available actions to resolve reports or formal complaints involving potential sex discrimination, including Title IX Sexual Harassment and other Prohibited Sexual Misconduct;
(2)  file a formal complaint or make a report of sex discrimination, including Title IX Sexual Harassment and other Prohibited Sexual Misconduct;
(3)  obtain information about the availability of and for coordination of resources (including confidential resources) and supportive measures relating to sex discrimination, including Title IX Sexual Harassment and other Prohibited Sexual Misconduct;
(4)  notify the University of an incident, policy, or procedure that may raise potential Title IX concerns; and
(5)  ask questions about the University's policies and procedures related to sex discrimination, including Title IX Sexual Harassment and other Prohibited Sexual Misconduct.

## PART 2. GENERAL RESPONSIBILITIES OF STUDENTS

### § 1-201   Responsibilities of Students
(a)  Students are responsible for knowing and complying with the regulations of the University, their college, and the departments from which they take courses, and for fulfilling the requirements for a particular degree. Regulations applicable to given colleges may be obtained from the respective deans.

(b)  It is expected that students enrolled in the University will conduct themselves at all times in accordance with accepted principles of responsible citizenship and with due regard for the rights of others.

## PART 3. STUDENT DISCIPLINE

### § 1-301   Basis for Discipline—Source and Jurisdiction
(a)  By authority of the Board of Trustees, the Urbana-Champaign Senate Committee on Student Discipline is responsible for the administration of student discipline for acts involving the violation of campus or University regulations. These regulations are formulated by a variety of sources, including, but not limited to, the Conference on Conduct Governance, the Senate, the Chancellor, the President, and the Board of Trustees.

(b)  It is in the best interest of the University and all those who are students or who may desire to become students at the Urbana-Champaign campus that the basis for discipline at

this campus be clearly defined. The University discipline system recognizes that not all violations of law affect the interests of the University community, and the discipline system accepts jurisdiction only in those instances in which the University community's interest is substantially affected. On the other hand, the University may take disciplinary action for incidents that violate the University's rules of conduct even though such conduct is not prosecuted in the courts. All members of the University community are expected to observe high standards of integrity and ethical behavior. The University discipline system may take action only upon the following basis:

(1)  all actions that are violations of law or Board of Trustees' action or any University rule of conduct and that occur on University premises or property

(2)  all actions that violate any of the laws or regulations cited in section (a) above and that substantially affect the University community's interest, even though such actions do not occur on University premises or property (for further information about the criteria used by the Senate Committee on Student Discipline in determining the kinds of conduct covered by this jurisdiction, see **www.conflictresolution.illinois.edu** or contact the Office for Student Conflict Resolution)

(3)  all cases referred to the discipline system following interim suspension by the Chancellor

(4)  academic violations

(5)  appeals and referrals from student judiciaries arising from violations of regulations

(6)  violations of University vehicle or bicycle regulations

(c)  Individuals subject to student discipline include but is not limited to all persons:

(1)  taking courses at the University;

(2)  who cancel, withdraw, or graduate after committing behavior which may violate the code;

(3)  who are not officially enrolled for a particular term but have a continuing relationship with the University; and

(4)  who have been notified of and accepted their admission.

This definition includes but is not limited to individuals between academic terms and persons who consent to participating in the student discipline process.

(d)  The actions of a Registered Organization and Registered Student Organization in University-approved activities or University-sponsored activities that are in violation of University regulations for organizations may result in disciplinary action against that organization.  In addition, individuals involved may also receive disciplinary action as well.

(e)  The University reserves the right to deny admission to any person because of previous misconduct that may substantially affect the interest of the University, or to admit such a person on an appropriate disciplinary status. The admission of such a person will not be approved or denied until the case has been heard by the appropriate disciplinary committee. (This applies to a person not now enrolled in the University who might apply for admission, or to a person who has pre-enrolled whether or not the applicant has paid a deposit.) A favorable action of the appropriate disciplinary committee does not abrogate the right of any dean or director to deny admission on the basis of scholarship. (See § 1-303.)

(f)  The University reserves the right to withhold authority to register to any student or former student because of previous misconduct that may substantially affect the interests of the University or to assign appropriate disciplinary status to the student or former student. Permission to register will not be approved or denied until the case has been heard by the appropriate disciplinary committee. A favorable action by the appropriate disciplinary committee does not abrogate the right of any dean or director to deny the authority to register on the basis of scholarship. (See § 1-303.)

(g)  Students admitted to or enrolled in the Graduate College or any of the professional schools or colleges are subject to any additional conduct regulations of those units. Regulations will be available in printed form to those students.

(h)  The University will take disciplinary action for conduct violating §§ 1-302 to 1-311 below. Disciplinary action also may be taken for violations of other sections. Examples include but are not limited to: (1) § 1-102(d) (Orderly Conduct of Classes); (2) § 2-402 (Library Regulations); (3) § 2-404 (Picketing); (4) § 2-405 (Solicitation and Commercial Activity in

University Residence Halls); (5) § 2-406 (Posting and Distribution of Handout Materials); and (6) § 2-606 (Use of In-line Skates, Roller Skates, and Skateboards).

(i)     Alleged violations of the *Student Code* noted in (h) above are resolved through procedures developed and approved by the Senate Committee on Student Discipline, its Subcommittees on Student Conduct, and Disciplinary Officers approved by the Senate Committee on Student Discipline. These procedures include: Disciplinary Officer Procedures (informal resolution); Procedures for Appeal from the Action of Disciplinary Officers; Procedures for the Subcommittee on Undergraduate Student Conduct; and Procedures for Appeal to the Senate Committee on Student Discipline. These procedures may be found at **www.conflictresolution.illinois.edu** or by contacting the Office for Student Conflict Resolution. Other procedures available at the Office for Student Conflict Resolution include procedures for the subcommittees for graduate students, law students, medical students, and veterinary medicine students. Among other rights delineated in these procedures, the right to written notice of charges and an opportunity to respond to those charges are guaranteed.

## § 1-302   Rules of Conduct

Students enrolling in the University assume an obligation to conduct themselves in a manner compatible with the University's function as an educational institution and suitable to members of the academic community. Conduct for which students are subject to discipline includes, but is not limited to, the following:

(a)     Conduct that threatens the health or safety of any person, including but not limited to:
    (1)     causing bodily harm to an individual
    (2)     making physical contact of an insulting or provoking nature with an individual
    (3)     reckless disregard for the health or safety of any person
    (4)     any threat or physically threatening behavior which creates a reasonable fear for a person's safety
    (5)     engaging in behavior which is so persistent, pervasive, or severe as to deny a person's ability to participate in the University community

(b)     Conduct that violates the University's sexual misconduct policy, including:
    (1)     sexual assault, as defined by § 1-111(f)(4)
    (2)     sexual harassment, as defined by § 1-111 (f)(10)
    (3)     sexual exploitation, as defined by § 1-111(f)(11)
    (4)     dating violence, as defined in § 1-111(f)(7)
    (5)     domestic violence, as defined in § 1-111(f)(8)
    (6)     retaliation, as defined in § 1-111(g)
    (7)     Title IX sexual harassment, as defined in § 1-111(f)(3)
    (8)     sexual violence, as defined in § 1-111(f)(12)

(c)     Stalking: engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for his or her safety or the safety of others, or suffer substantial emotional distress. For the purposes of this definition,
    (1)     course of conduct means two or more acts, including but not limited to, acts which the stalker directly, indirectly, or through third parties, by any action, method, device or means follows, monitors, observes, surveilles, threatens, or communicates to or about, a person, or interferes with a person's property;
    (2)     reasonable person means a reasonable person under similar circumstances and with similar identities to the victim; and
    (3)     substantial emotional distress means significant mental suffering or anguish that may, but does not necessarily, require medical or other professional treatment or counseling. (See also § 1-111(f)(6) of the Student Code.)

(d)     Hazing: any action taken or situation created (1) for the purpose of initiation into, admission into, affiliation with, or as a condition of continued membership in, a group or organization; and (2) to produce physical discomfort or injury, mental discomfort, embarrassment, or ridicule. Such actions or situations may include but are not limited to the following: use of alcohol; personal servitude; paddling in any form; creation of excessive fatigue; physical