# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA. *Plaintiff,* v. UNIVERSITY OF ILLINOIS, URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity), RONY DIE (in his official and individual capacity), and DOES 1-30 (in their official and individual capacity) *Defendants.* | Case No: 21-CV-2220  Hon. James E. Shadid Magistrate Jonathan E. Hawley  **JOINT MOTION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S BRIEFING DEADLINE RELATED TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

**NOW COMES** counsel for the parties in this matter with this Joint Motion and [Proposed] Order Extending Plaintiff's Briefing Deadline related to Defendant's Motion to Dismiss Amended Complaint, filed January 28, 2022. Plaintiff's Counsel Keith Altman requests this extension because he is legally blind and requires additional time to respond.

| Plaintiff's Response | Current Deadline 02/11/22 | New Deadline 03/11/22 |
|---|---|---|

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties, and upon good cause showing, we move that Plaintiffs' Response to Defendants' Motion to Dismiss shall be due no later than March 11, 2022.

Dated: February 1, 2022

*Respectfully Submitted,*

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

*Respectfully Submitted,*

/s/Peter G. Land *with his approval*
Peter G. Land (Lead Counsel)
Gwendolyn B. Morales #6297233
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone:(312) 655-1500
Peter.Land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: February __, 2022       _____
                                United States District Judge