# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA.<br><br>*Plaintiff,*<br>v.<br><br>UNIVERSITY OF ILLINOIS, URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity), RONY DIE (in his official and individual capacity), and DOES 1-30 (in their official and individual capacity)<br><br>*Defendants.* | Case No: 21-CV-2220<br><br>Hon. James E. Shadid<br>Magistrate Jonathan E. Hawley<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT FROM THE DOCKET** |

**NOW COMES** Plaintiff, by and through his attorney, Keith Altman, to submit Unopposed Motion and [Proposed] Order to Strike Plaintiff's First Amended Complaint from the Docket, and hereby states the following:

a) Plaintiff filed his First Amended Complaint ("FAC") on January 5, 2022 (ECF 15).

b) Plaintiff mistakenly filed the FAC with attorney work product, including internal comments and inadvertent disclosures.

c) Plaintiff is filing a Corrected FAC with the inadvertent disclosures removed.

d) Plaintiff respectfully requests the Court strike Plaintiff's FAC (ECF 15) from the Docket.

e) Defense counsel, Peter G. Land and Gwendolyn B. Morales, were contacted and agree to Plaintiff's request.

**WHEREFORE**, Plaintiff respectfully moves to strike Plaintiff's FAC from this case's docket.

Dated: February 25, 2022    Respectfully Submitted,

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

_____

IT IS SO ORDERED.

Dated: February __, 2022     _____
                             **United States District Judge**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I served this Unopposed Motion and [Proposed] Order to Strike Plaintiff's First Amended Complaint on all Defendants of record *via* electronic filing.

 Date: February 25, 2022         Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*