E-FILED
Friday, 08 April, 2022  01:40:22 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF ILLINOIS AT<br>URBANA-CHAMPAIGN;<br>RONY DIE (in his official capacity);<br>DOES 1-30 (in their official and personal<br>Capacity),<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No: 21-CV-2220**<br><br>   **Hon. Joe Billy McDade**<br>   **Magistrate Jonathan E. Hawley** |

**DEFENDANTS UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN AND
RONY DIE'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, the University of Illinois Urbana-Champaign and Rony Die (together "Defendants"), by and through their attorneys, respectfully request an extension of time to file their response to Plaintiff Rahul Malhotra's ("Plaintiff") Second Amended Complaint. In support of this unopposed Motion, Defendants state as follows:

1.      Plaintiff filed his initial Complaint in this action on August 17, 2021. Dkt. 1.

2.      On December 1, 2021, Defendants filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Rules 12(b)(1) and 12(b)(6) and supporting memorandum. Dkt. 12, 13.

3.      In response to Defendants' motion to dismiss, on January 5, 2022, Plaintiff filed an Amended Complaint. Dkt. 15, 21.

4.      On January 28, 2022, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rules 12(b)(1) and 12(b)(6) and supporting memorandum. Dkt. 17, 18. Plaintiff filed his Response to Defendants' Motion on March 3, 2022. Dkt. 22.

5.      On March 8, 2022, the Court entered an Order granting Defendants' Motion and dismissing Plaintiff's Amended Complaint without prejudice, and permitting Plaintiff to file an amended complaint within twenty-one (21) days. Dkt. 23.

6.      On March 29, 2022, Plaintiff filed his Second Amended Complaint. Dkt. 24. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants' response to the Second Amended Complaint is April 12, 2022. Fed. R. Civ. P. 15(a)(3).

7.      Counsel for Defendants are working diligently to prepare their response to Plaintiff's Second Amended Complaint but require some limited additional time to complete this response. In particular, a brief extension of time is necessary because both of the undersigned counsel for Defendants will be or have been travelling for previously scheduled family vacations during the two-week period between March 29 and April 12, 2022.

8.      Accordingly, Defendants respectfully request an additional ten (10) days from April 12, 2022, to and through April 22, 2022, to file their response to the Amended Complaint.

9.      Pursuant to Local Rule 6.1, prior to filing this Motion, counsel for Defendants consulted with counsel for Plaintiff regarding this request. Plaintiff's counsel advised Defendants' counsel that he does not oppose Defendants' request for an extension.

10.     This is Defendants' first motion for an extension of the deadline to respond to Plaintiff's Second Amended Complaint. Granting Defendants' Unopposed Motion will not prejudice Plaintiff or any other party or cause any undue delay.

WHEREFORE, and for the reasons stated above, Defendants respectfully request that the

Court enter an order granting them an extension of time up to and including April 22, 2022 to file

their responsive pleading to Plaintiff's Second Amended Complaint.

Dated: April 8, 2022

Respectfully submitted,

Defendants University of Illinois Urbana
Champaign and Rony Die,

By:    /s/ Peter G. Land
            One of their Attorneys

Peter G. Land (Lead Counsel) #6229659
Gwendolyn B. Morales #6297233
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500
Peter.Land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 8th day of April 2022, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all the following:

> The Law Office of Keith Altman
> Keith Altman
> 33228 West 12 Mile Road, Suite 375
> Farmington Hills, MI 48334
> T: (516) 456-5885
> keithaltman@kaltmanlaw.com

/s/ Peter G. Land_____