# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| RAHUL MALHOTRA,<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity); RONY DIE (in his personal capacity); DOES 1-30 (in their personal capacity),<br><br>*Defendants.* | CASE NO. 21-CV-2220<br><br>Hon. James E. Shadid<br>Mag. Jonathan E. Hawley<br><br>PLAINTIFF'S UNOPPOSED MOTION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S BRIEFING DEADLINE RELATED TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT |

**NOW COMES** Plaintiff in this matter with this Unopposed Motion and [Proposed] Order Extending Plaintiff's Briefing Deadline related to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(B)(6), filed April 22, 2022.

Plaintiff's Counsel Keith Altman requests this extension because he is legally blind and requires additional tine to respond.

Additionally, Plaintiff's counsel is currently in a jury trial in the United States District Court, Eastern District of Michigan.

Pursuant to Local Rule 6.1, prior to filing this Motion, Counsel for Plaintiff consulted with Counsel for Defendants. Defendants' Counsel indicated that that they would not oppose this motion.

This is Plaintiff's first request for an extension of time to respond to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, and will not prejudice either party or cause any undue delay.

**WHEREFORE**, and for the reasons stated above, and upon good cause showing, Plaintiff respectfully requests that Plaintiff's Response to Defendant's Motion to Dismiss shall be due no later than June 6, 2022.

Date: April 26, 2022

                                            Respectfully Submitted,

Keith Altman, Esq. (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: April ___, 2022

_____
**United States District Judge**

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I served "Joint Motion and [Proposed] Order Extending Plaintiff's Briefing Deadlines Related to Defendant's Motion to Dismiss Second Amended Complaint" on all parties of record *via* electronic filing.

Date: April 25, 2022     Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*