# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
JUL 20 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Rahul Malhotra,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 21-2220 |
| ) | |
| **University of Illinois at Urbana-Champaign,** ) | |
| *Through the Board of Trustees,* **Rony Die,** *In his* ) | |
| *official and individual capacity,* **Does 1-30,** *In* ) | |
| *their official and individual capacity,* ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Rahul Malhotra, recover nothing on his claims against Defendants, University of Illinois at Urbana-Champaign, Rony Die, and Does 1-30. This matter is DISMISSED WITH PREJUDICE.

Dated: 7/20/22

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

JBM/ewl      7/20/2022