# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **RAHUL MALHOTRA,** *Plaintiff,* v. **UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity); RONY DIE (in his personal capacity); DOES 1-30 (in their personal capacity),** *Defendants.* | CASE NO. 21-CV-2220 Hon. James E. Shadid Mag. Jonathan E. Hawley **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE, that Plaintiff RUHAL MALHOTRA, appeals an Order of the United States District Court for the Central District of Illinois (Hon. James R. Shadid) dated and entered with the Clerk of the Court on July 19, 2022 (ECF 30).

Date: August 18, 2022

Respectfully Submitted,

Keith Altman, Esq. (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375

- 1 -

- 2 -

Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

- 2 -

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **RAHUL MALHOTRA,** *Plaintiff,* v. **UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, through the Board of Trustees (in their official capacity); RONY DIE (in his personal capacity); DOES 1-30 (in their personal capacity),** *Defendants.* | CASE NO. 21-CV-2220 Hon. James E. Shadid Mag. Jonathan E. Hawley **CERTIFICATE OF SERVICE ON NOTICE OF APPEAL** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I served Plaintiff's Notice of Appeal on all parties of record *via* electronic filing.

Date: August 18, 2022          Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*