# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 18, 2022

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2469 |
| Caption:<br>RAHUL MALHORTA,<br>   Plaintiff - Appellant<br><br>v.<br><br>UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, et al.,<br>   Defendants - Appellees |
| District Court No: 2:21-cv-02220-JBM-JEH<br>District Judge Joe Billy McDade<br>Clerk/Agency Rep Shig Yasunaga<br><br>Date NOA filed in District Court: 08/18/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)