# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 8, 2023

Before

KENNETH F. RIPPLE, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

|  | RAHUL MALHOTRA,<br>Plaintiff - Appellant |
|---|---|
| No. 22-2469 | v. |
|  | UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-02220-JBM-JEH<br>Central District of Illinois<br>District Judge Joe Billy McDade | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit