# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 30, 2023

To:  Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana, IL 61802-3369

| | |
|---|---|
| No. 22-2469 | RAHUL MALHOTRA,<br>            Plaintiff - Appellant<br><br>v.<br><br>UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:21-cv-02220-JBM-JEH<br>Central District of Illinois<br>District Judge Joe Billy McDade ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)